UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ATLANTIC RO-RO CARRIERS, INC.,

    Plaintiff,

-against-

OJSC "SURGUTNEFTEGAS" and SPE RIGCO, INC.,

    Defendants.

11 Civ. 6631 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

    The parties propose the following schedule for this matter:

1. All parties **do not** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. Close of fact discovery: **June 15, 2012.**

3. Close of expert discovery: **July 10, 2012.**

   The parties contemplate experts in this matter for the following subject(s): plaintiff - packaging of the cargo for ocean transportation; defendant - ___Same___.

4. All pretrial materials, including the Joint Pretrial Order ("JPTO"): **July 30, 2012.**

5. Trial in this matter shall commence on August 30, 2012. Trial **will not** be before a jury. Trial is expected to take two (2) days.

   **Absent exceptional circumstances, the proposed trial date shall be no more than one month after the JPTO.**

6. The parties do anticipate making dispositive motions. The contemplated dispositive motion(s) are:

Plaintiff – motion for partial summary judgment on application of the per package limitation under the Carriage of Goods by Sea Act, 46 U.S.C. § 30701;

Defendant– liability on defendant's counterclaim and the plaintiff's claim of a per package limitation of liability.

7. **For the Court:** The next status conference in this matter is set for *June 15, 2012* at *10 AM*.


SO ORDERED:

Dated: New York, New York
       *Feb. 17*, 2012


                                    _____
                                    Katherine B. Forrest
                                    UNITED STATES DISTRICT JUDGE

Briefing schedule on dispositive motions:
1. Opening – July 27, 2012
2. Opposition – August 24, 2012
3. Replies – Sept. 7, 2012

(KBF)