

**LYONS ✦ FLOOD**

*Attorneys At Law*

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY
& MASSACHUSETTS

LYONS & FLOOD LLP
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018
TEL  (212) 594-2400
FAX  (212) 594-4589
www.lyons-flood.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 14 2012

June 13, 2012



**BY MESSENGER**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, New York 10007

Re:  Atlantic Ro-Ro Carriers, Inc. v. OJSC "Surgutneftegas," *et al.*
     11 Civ. 06631 (KBF)
     Our file no.: 2677010

Dear Judge Forrest:

    We are attorneys for plaintiff Atlantic Ro-Ro Carriers, Inc. ("ARRC") in this action, which seeks declaratory relief relating to the $500 per package limitation under the Carriage of Goods by Sea Act. We write with the consent of all counsel to request a ninety (90) day extension of the scheduling deadlines set forth in the Court's February 17, 2012, Scheduling Order (Docket no. 10) and a corresponding adjournment of the status conference set for June 15, 2012, at 10:00 a.m.

    Per the Court's Scheduling Order, fact discovery is to be completed by this Friday, June 15, 2012. An extension of the scheduling deadlines is principally sought because, based on additional investigation into the loss and damage to the cargo in suit, ARRC has decided to retain defendant Spe Rigco Inc. ("SPE") in the lawsuit, contrary to previous representations made to the Court at the February 17, 2012, status conference. In that vein, ARRC has given SPE a time extension to appear and answer in this action until July 13, 2012.

    Moreover, although document requests have been served, document discovery is still an on-going process. Once defendant SPE appears in the action, it is expected that discovery will proceed at a faster pace and should be completed within the time frame set forth in the proposed Amended Scheduling Order enclosed.

NEW YORK    NEW JERSEY    CONNECTICUT

For these reasons, the parties seek an extension of the scheduling deadlines as set forth in the proposed Amended Scheduling Order enclosed.

In addition, the parties respectfully request that the Court adjourn the status conference currently scheduled for Friday, June 15, 2012, at 10:00 a.m. to a date to be chosen by the Court in line with the Amended Scheduling Order.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

*Kirk M. Lyons*
By: Kirk M. Lyons

> We will meet on 6/15/12 and discuss the schedule then.
>
> K.B. Forrest
> USDJ
> 6/14/12

Encl.

**BY FACSIMILE**

cc:  Hill Rivkins LLP                    (212) 669-0698
     45 Broadway – Suite 1500
     New York, New York 10006

     Attn.: John J. Sullivan, Esq.

     Thompson & Knight LLP                (713) 654-1871
     333 Clay Street, Suite 3300
     Houston, Texas 77002

     Attn.: Hunter M. Barrow, Esq.
            Wade A. Johnson, Esq.

U:\kmhldocs\2677010\Correspondence\Forrest 01 ltr.doc